UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-12-1BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : ORDER TO UNSEAL INDICTMENT |
| | : |
| WILLIAM B. CLAYTON | : |

Upon motion of the United States of America, and for good cause shown, the sealed Two (2) Indictment returned by the Grand Jury for the Eastern District of North Carolina on June 20, 2012, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 24th day of July, 2012.

_____
WILLIAM A WEBB
UNITED STATES MAGISTRATE JUDGE